**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Andy Au, et al.

Plaintiff,

v.                                                    Case No.: 1:24−cv−06324
                                                      Honorable Jeremy C.
                                                      Daniel

INTEGRATED DECISIONS AND SYSTEMS,
et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

        MINUTE entry before the Honorable Jeremy C. Daniel: The defendants' motion for an extension of time [33] is granted. The currently−served defendants shall answer or otherwise plead on or before September 30, 2024. The plaintiffs' responses to any motions to dismiss filed on or before September 30, 2024, is due on or before November 4, 2024; with any replies due on or before December 3, 2024. The Court declines to extend this schedule to any defendant who accepts waiver of service on or before August 30, 2024, because this schedule would shorten the deadline to respond to the complaint without that defendant's consent. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.