**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: EXTENDED STAY HOTEL ANTITRUST LITIGATION | Lead Case No.: 1:24-cv-06324<br>Member Case No.: 1:24-cv-08262<br><br>Honorable Georgia N. Alexakis |

**DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Pursuant to 28 U.S.C. § 1404(a), Defendants Integrated Decisions and Systems, Inc., SAS Institute Inc., Hilton Worldwide Holdings Inc., Hyatt Hotels Corporation, and Wyndham Hotels & Resorts, Inc. (collectively, "Defendants") respectfully hereby move to transfer the above-captioned action (the "Action") to the Northern District of California.

There is a first-filed, substantially similar action pending in the Northern District of California, asserting the same cause of action based on similar facts, and naming many of the same defendants that are named in this Action. Transfer of this Action to the Northern District of California is thereby warranted because the Northern District of California is a more convenient venue for a number of the defendants and prospective witnesses in this case, and transfer would serve the interests of justice by ensuring that only one court has to gain familiarity with facts and legal issues that are substantially similar across two cases, thereby conserving scarce judicial resources. The bases for Defendants' Motion are further discussed in the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (the "Memorandum of Law").

Defendants and Plaintiffs have conferred regarding this Motion, and Plaintiffs have indicated that they oppose the relief sought herein. Plaintiffs will file an opposition to the Motion

no later than Wednesday, November 13, 2024, and Defendants will file a reply in further support of the Motion no later than Monday, November 25, 2024.

Choice Hotels International Inc., Extended Stay America, Inc., and Sonesta International Hotels Corporation—who are also defendants in this Action—are not defendants in the action pending in the Northern District of California. Accordingly, they are not joining this Motion, but do not oppose the relief sought herein. Intercontinental Hotels Group PLC, another defendant in this Action, has not been served and takes no position on the relief sought in this Motion.

WHEREFORE, for the reasons set forth above and in the Memorandum of Law, Defendants request that this Court transfer the above-captioned matter to the Northern District of California.

Dated: October 29, 2024

/s/ Tammy L. Adkins

Tammy L. Adkins (IL 6230732)
**MCGUIRE WOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
Telephone: (312) 750-5727
Facsimile: (312) 849-3690
tadkins@mcguirewoods.com

Jarrett Arp (N.D. Ill. 444201)
Mari Grace (N.D. Ill. 5074893)
**DAVIS POLK & WARDWELL LLP**
901 15th Street, NW
Washington, DC 20005
Telephone: (202) 962-7020
Facsimile: (202) 962-5642
jarrett.arp@davispolk.com
mari.grace@davispolk.com

Neal Potischman (N.D. Ill. 254862)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (202) 962-7020
Facsimile: (202) 962-5642
neal.potischman@davispolk.com

Tina Hwa Joe (N.D. Ill. 5219217)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-3541
Facsimile: (212) 701-6541
tina.joe@davispolk.com

*Attorneys for Defendant Hilton Worldwide Holdings Inc.*

Respectfully submitted,

/s/ Brian J. Smith

Michael E. Martinez (N.D. Ill. 6275452)
Lauren Nicole Norris Donahue (N.D. Ill. 6294505)
Brian J. Smith (N.D. Ill. 6321543)
John E. Susoreny (N.D. Ill. 6284095)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
T: 312.372.1121
michael.martinez@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com
john.susoreny@klgates.com

Derek Sutton (*pro hac vice*)
**K&L GATES LLP**
301 Hillsborough St Suite 1200 Ste 1200
Raleigh, North Carolina 27603
T: 919.743.7331
derek.sutton@klgates.com

*Counsel for Defendants SAS Institute, Inc. and IDeaS, Inc.*

| | |
|---|---|
| */s/ Douglas E. Litvack* | */s/ Ann H. MacDonald* |
| Douglas E. Litvack (pro hac vice)<br>Lindsay C. Harrison (pro hac vice)<br>**Jenner & Block LLP**<br>1099 New York Ave., NW<br>Suite 900<br>Washington, DC 20001<br>T: (202) 637-6000<br>DLitvack@jenner.com<br>LHarrison@jenner.com | Ann H. MacDonald<br>Kylie S. Wood<br>**ArentFox Schiff LLP**<br>233 S. Wacker Dr. Ste 7100<br>Chicago, IL 60606<br>T: 312-258-5548<br>F: 312-258-5600<br>Ann.Macdonald@afslaw.com<br>Kylie.Wood@afslaw.com |
| Andrianna D. Kastanek<br>**Jenner & Block LLP**<br>353 N. Clark St.<br>Chicago, IL 60654<br>T: 312-840-9350<br>AKastanek@jenner.com | Suzanne L. Wahl<br>**ArentFox Schiff LLP**<br>350 S. Main Street Suite 210<br>Ann Arbor, MI 48104<br>T: 734-222-1517<br>F: 734-222-1501<br>Suzanne.Wahl@afslaw.com |
| *Counsel for Defendant Hyatt Corporation* | *Counsel for Defendant Wyndham Hotels & Resorts, Inc.* |

## CERTIFICATE OF SERVICE

I, Brian J. Smith, an attorney, certify that a copy of the foregoing document was filed via CM/ECF and served via electronic mail through the CM/ECF system on October 29, 2024, upon all counsel of record.

*/s/ Brian J. Smith*_____
Brian J. Smith

*Counsel for Defendants SAS Institute Inc.
and IDeaS, Inc.*
