# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Andy Au, et al.

                                                Plaintiff,

v.                                                                       Case No.: 1:24−cv−06324
                                                                     Honorable Georgia N Alexakis

Integrated Decisions and Systems, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: For the reasons set forth in the accompanying Order, the Court grants Defendants' motion to transfer venue to the Northern District of California. [89]. The Clerk is directed to transfer this action to the Northern District of California forthwith. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.