

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 12/13/2024

Northern District of California

Re: In re Extended Stay Hotel Antitrust Litigation

USDC Case Number: 1:24-cv-06324

Dear Clerk:

Pursuant to the order entered by Honorable **Georgia N Alexakis**, on 12/12/2024, the above record was

        X    electronically transmitted to Northern District of California

        ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ E. Calasanz
        Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016